BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 011-MJ-0144 DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS COMPLAINT; |
| v. | ) | ORDER |
| | ) | |
| RICHARD LAGERVELD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons set forth below, the United States requests that the Court dismiss the above-referenced complaint.

    On May 18, 2011, the Honorable Dale A. Drozd signed a complaint and authorized an arrest warrant for Richard Lagerveld for violating Title 18, United States Codes, Section 751(a), Escape from Federal Custody.  Later that same day, United States Marshals executed the warrant and took Lagerveld into custody.

    Lagerveld was sentenced to a ten year term of imprisonment on

January 20, 2006, in case No. CR 04-1111-01 ADS, in the Eastern District of New York.  He escaped Federal custody on June 8, 2009.  Thus, he has a substantial amount of time yet to serve on his underlying sentence.  In addition, the government continues to investigate the circumstances of his escape and fugitive status.  Accordingly, the government will not proceed against Lagerveld on the above-referenced complaint at this time.  It should be noted this decision is made with the understanding that if the complaint is dismissed, Lagerveld will be returned to Bureau of Prisons custody.

    Pursuant Federal Rule of Criminal Procedure 48, the government hereby moves the Court for an order dismissing the complaint in case 011-MJ-0144 DAD.

Dated: June 2, 2011             Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                     By:   /s/ Philip A. Ferrari
                            PHILIP A. FERRARI
                            Assistant U.S. Attorney

///
///
///
///
///
///
///

O R D E R

Upon application of the United States and Good Cause having been shown, IT IS HEREBY ORDERED that the complaint issued in case no. 011-MJ-0144 DAD is hereby DISMISSED, without prejudice.

Date: 06/02/11

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE